■ EILEEN F. CASELLA, Respondent, v AGNES A. KANE, et al., Appellants. [626 NYS2d 962] —Appeal by the defendants from an order of the Supreme Court, Kings County (G. Aronin, J.), dated January 19, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Aronin at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.